**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01748-REB-BNB

ENGER FAMILY PARTNERSHIP LLLP, and
ENGER ENTERPRISES, LLC,

      Plaintiffs,

v.

EMCASCO INSURANCE COMPANY, an Iowa corporation,

      Defendant.

# ORDER

**Blackburn, J.**

      The matter is before the court on the **Stipulated Motion To Dismiss Without Prejudice Plaintiff's Third Claim For Relief** [#18][1] filed August 14, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's Third Claim for Relief should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Dismiss Without Prejudice Plaintiff's Third Claim For Relief** [#18] filed August 14, 2014, is **GRANTED**; and

      2.  That plaintiff's Third Claim for Relief is **DISMISSED WITHOUT PREJUDICE**.

      Dated August 20, 2014, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    Robert E. Blackburn
                                                    United States District Judge

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.