IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01748-REB-NYW

ENGER ENTERPRISES, LLC, f/k/a ENGER FAMILY PARTNERSHIP, LLLP,

    Plaintiff,

v.

EMASCO INSURANCE COMPANY, an Iowa corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the Court on Defendant's Unopposed Motion to Strike Plaintiff's Untimely Disclosure of Non-Retained Expert Witnesses (the "Motion"). [#89, filed March 19, 2015]. The matter was assigned to this Magistrate Judge pursuant to the Order Referring Case dated August 20, 2014 [#26] and the memorandum dated March 19, 2015 [#90].

    IT IS ORDERED that the Motion is GRANTED; Plaintiff's Disclosure of Non-Retained Experts Pursuant to F.R.C.P. 26(a)(2)(C), submitted out of time on March 9, 2015, is STRICKEN.

DATED: March 20, 2015