## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 14-cv-01748-REB-NYW

ENGER ENTERPRISES, LLC, f/k/a ENGER FAMILY PARTNERSHIP LLLP,

    Plaintiff,

v.

EMCASCO INSURANCE COMPANY, an Iowa corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss with Prejudice** [#100][1] filed April 21, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss with Prejudice**, is granted;

2. That all other pending motions, including those docketed as [#44 & #92], and the pending objection [#98] are denied as moot;

3. That all pretrial deadlines are vacated;

4. That the motion hearing set for May 7, 2015, is vacated;

5. That the combined Final Pretrial Conference/Trial Preparation Conference set for June 26, 2015, is vacated;

6. That the jury trial set to commence July 13, 2015, is vacated; and

---

[1] "[#100]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

6.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated April 21, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2